# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

June 20, 2008

Honorable Judge Loretta Preska
U.S. District Court - S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007
BY FAX

Re: Damian Byfield v. City of New York et al. 07CV10499(LAP)

Your Honor-

I write to request an adjournment of the initial conference in this case. This is our first request for an adjournment and opposing counsel, Assistant Corporation Counsel Karl Ashanti, consents to this request.

The conference is currently scheduled for July 15, 2008 at 9AM. I have a Notice of Actual Trial Engagement issued by Honorable Judge Scuccimarra in the Court of Claims for the same day. In addition, several defendants have not yet answered. ACC Ashanti and I are resolving service issues and expect an answer to be filed for all defendants soon.

If convenient for the Court, both parties are available the mornings of July 22 and July 24 and all day on July 23.

Thank you for your consideration.

Sincerely Yours,

Nicole Bellina
718 852 4491

ACC Karl Ashanti (BY EMAIL)

*The conference is adjourned to July 22, 2008 at 9:30 a.m.*

SO ORDERED

*June 24, 2008*

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE