AO 440 (Rev. 10/93) Summons In a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

DAMIAN BYFIELD AND CHARMAINE EDMUNDSON

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, INSPECTOR THOMAS HARRIS, POLICE OFFICER MIKE CIVIL, POLICE OFFICER MICHAEL BRIGGS, POLICE OFFICER JERRY

TO: (Name and address of defendant)

POLICE OFFICER JERRY ORTIZ
70 TH PRECINCT
154 Lawrence Avenue
Brooklyn NY 11230

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-16-08 |
| NAME OF SERVER (PRINT) Ted Braunstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted. _____

☒ Other (specify): Sgt. Ferber at 4:50 P.M. accepted hand service at defendants place of business on 7-16

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date

Sworn before me this
16th day of July 2008

_Ted Braunstein_
Signature of Server

510 Atlantic Ave.
Address of Server

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in Kings County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.