JUDGE PRESKA

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DAMIAN BYFIELD AND CHARMAINE EDMUNDSON

**SUMMONS IN A CIVIL CASE**

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, INSPECTOR THOMAS HARRIS, POLICE OFFICER MIKE CIVIL, POLICE OFFICER MICHAEL BRIGGS, POLICE OFFICER JERRY

CASE NUMBER:

**07 CV 10499**

TO: (Name and address of defendant)

POLICE OFFICER JENNYANN NELSON
Brooklyn South
245 Glenmore Ave.
Brooklyn NY 11207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  NOV 20 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 7-16-08 |
| NAME OF SERVER (PRINT)  Ted Braunstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted. _____

☐ Other (specify): Served at Defendants Place of Business to Front Desk Officer No Badge Hispanic 20's 6'0" 200 lbs. at 245 Glenmore

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-16-08
             Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic

Sworn before me this 16th day of July 2008
[signature]

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in Kings County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.